JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELZY L. DENNIS,<br><br>    Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br><br>    Defendant. | Case No. 2:22-cv-04515-SB-PD<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered on February 13, 2023, Plaintiff Telzy L. Dennis's claims against Defendant Nike, Inc. are DISMISSED with prejudice.

    This is a Final Judgment.

IT IS SO ORDERED.

Date: March 17, 2023

                                                  Stanley Blumenfeld, Jr.
                                            United States District Judge